# EXHIBIT A
(To be Filed *in camera*)